Case 2:16-cv-00541-JMV-MF   Document 5-1   Filed 06/09/16   Page 1 of 6 PageID: 85

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIKE HOFER, Derivatively and on Behalf of STRAIGHT PATH COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD JONAS, DAVIDI JONAS, JONATHAN RAND, WILLIAM F. WELD, K. CHRIS TODD, and FRED S. ZEIDMAN, <br><br> Defendants, <br><br> and <br><br> STRAIGHT PATH COMMUNICATIONS, INC., <br><br> Nominal Defendant. | Case No. 2:16-cv-00541-JMV-MF |

## STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE

WHEREAS, on January 29, 2016, Plaintiff, Mike Hofer ("Plaintiff"), derivatively on behalf of Straight Path Communications, Inc. ("Straight Path"), filed a Shareholder Derivative Complaint (the "Complaint") in the above-referenced action (the "Derivative Action") alleging breach of fiduciary duty, unjust enrichment, abuse of control, and gross mismanagement against Howard Jonas, Davidi Jonas, Jonathan Rand, William F. Weld, K. Chris Todd, and Fred S. Zeidman (collectively, the "Individual Defendants," and together with Nominal Defendant Straight Path, the "Defendants");

WHEREAS, a putative class action alleging that Straight Path, Davidi Jonas, and Jonathan Rand violated the federal securities laws is currently pending in this Court, captioned *Zacharia v. Straight Path Communications, Inc., et al.*, Case No. 2:15-cv-08051-JMV-MF (the "Securities Class Action");

WHEREAS, given that Plaintiff's claims in the Derivative Action are related to the alleged violations of the federal securities laws claimed in the Securities Class Action, the parties to this action have agreed, subject to Court approval, in the interest of judicial economy, to stay the Derivative Action pending further proceedings in the Securities Class Action;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

1. The undersigned counsel have been authorized to accept, and hereby agree to accept, service of the Summons and Complaint in the Derivative Action on behalf of the Defendants without waiver of any defenses, including any challenges to personal jurisdiction. In entering into this Stipulation, Defendants do not waive any of their rights or positions in law or in equity, including any objections or defenses.

2. The Derivative Action shall be stayed until any of the following triggering events (the "Triggering Events"): (i) the entry of any order denying all motions to dismiss in the Securities Class Action, or a final order dismissing the Securities Class Action with prejudice; (ii) a joint request by Plaintiff and Defendants to lift the stay of proceedings; (iii) a request by Plaintiff to lift the stay in the event a related derivative action is filed with a court and not stayed fifteen days or more prior to the deadline for a responsive pleading in that action; and (iv) an order of the Court in the Derivative Action to terminate the stay; provided, however, that the

filing of an amended complaint shall not constitute a Triggering Event or otherwise affect the pendency of the stay.

3. The Parties shall notify each other of any related derivative lawsuits that they become aware of.

4. Notwithstanding a stay of the Derivative Action, Plaintiff is permitted to file an amended complaint.

5. The Defendants shall not be obligated to move, answer, plead or otherwise respond to the Complaint (or any amended complaint) during the pendency of the stay of proceedings.

6. Within 14 days of the occurrence of any of the Triggering Events, Plaintiff and the Defendants will meet and confer in good faith in an effort to agree upon a schedule for the Defendants to respond to the Complaint (or an amended complaint) by way of answer, motion to dismiss, or otherwise. If the parties are able to agree upon such a schedule, the schedule shall be submitted to the Court for approval at that time. If the parties are unable to agree upon such a schedule, then they shall each make separate submissions to the Court regarding their respective proposed schedules.

June 9, 2016

THE ROSEN LAW FIRM, P.A.

By: _____
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

THE BROWN LAW FIRM, P.C.
Timothy W. Brown
127A Cove Road

- 3 -

Oyster Bay Cove, NY 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

June 8, 2016

**WALSH PIZZI O'REILLY AND FALANGA LLP**

By: *s/Joel A. Pisano*
Joel A. Pisano
One Newark Center,
1085 Raymond Blvd., 19th Floor,
Newark, New Jersey 07102
Email: jpisano@thewalshfirm.com

**BOIES, SCHILLER & FLEXNER LLP**

Jason Cyrulnik
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8262
Facsimile: (914) 749-8300
Email: jcyrulnik@bsfllp.com

*Counsel for Nominal Defendant Straight Path Communications, Inc. and Defendants Howard Jonas, Davidi Jonas, and Jonathan Rand*

June 8, 2016

**SHEARMAN & STERLING LLP**

By: _____

Anthony D. Marinello.
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4450
Facsimile: (212) 848-7179
Email: anthony.marinello@shearman.com

*Counsel for Defendants William F. Weld, K. Chris Todd, and Fred S. Zeidman*

- 4 -

Oyster Bay Cove, NY 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

June 8, 2016

**WALSH PIZZI O'REILLY AND FALANGA LLP**

By: _____
Joel A. Pisano
One Newark Center,
1085 Raymond Blvd., 19th Floor,
Newark, New Jersey 07102
Email: jpisano@thewalshfirm.com

**BOIES, SCHILLER & FLEXNER LLP**

Jason Cyrulnik
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8262
Facsimile: (914) 749-8300
Email: jcyrulnik@bsfllp.com

*Counsel for Nominal Defendant Straight Path Communications, Inc. and Defendants Howard Jonas, Davidi Jonas, and Jonathan Rand*

June 8, 2016

**SHEARMAN & STERLING LLP**

By: _____
Anthony D. Marinello
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: anthony.marinello@shearman.com

*Counsel for Defendants William F. Weld, K. Chris Todd, and Fred S. Zeidman*

- 4 -

SO ORDERED:

_____
~~Honorable John Michael Vazquez~~
~~United States District Judge~~

**MARK FALK**
**U.S. Magistrate Judge**